**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7267**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HERBERT COUNCIL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-92-97-MU)

———————

Submitted: October 24, 2002      Decided: October 31, 2002

———————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Herbert Council, Appellant Pro Se. Holly Anne Pierson, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Herbert Council appeals the district court's order denying relief on his "Motions to Unseal Information and for Disclosure of Grand Jury Proceedings." Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Council, No. CR-92-97-MU (W.D.N.C. July 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2